# UNITED STATES DISTRICT COURT
# DISTRICT OF MAINE

| | |
|---|---|
| TYRONE HURT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Docket no. 1:14-cv-499-GZS |
| | ) |
| NANCY REAGAN, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

Before the Court is Plaintiff's Complaint, contained within the Complaint is a "motion to proceed *in forma pauperis*," which the Court generously construes as application to proceed *in forma pauperis*. The Court assumes that Plaintiff's financial information is as represented in his most recently filed application to proceed *in forma pauperis* (ECF No. 4 in D. Me. Docket # 1:14-cv-416-GZS). Therefore, the Application to Proceed *In Forma Pauperis* (ECF No. 2) is hereby GRANTED. Upon the Court's review of the Complaint, the Court concludes this case must be DISMISSED in accordance with 28 U.S.C. § 1915(e)(2).

To the extent that the handwritten Complaint contains any discernable allegations, it appears that Plaintiff is attempting to bring a negligence action against Nancy Reagan, a former first lady of the United States. There are also passing references to the Fifth Amendment, the Eighth Amendment and the Fourteenth Amendment of the United States Constitution. In short, the Complaint simply fails to allege any facts that give rise to a plausible claim of against the named defendant. Rather, the Complaint is apparently frivolous. Thus, the Court concludes the present Complaint fails to state a claim and must be DISMISSED. Additionally, the Court certifies that any appeal from this Order would not be taken in good faith pursuant to 28 U.S.C. § 1915(a)(3).

The Court assumes that Plaintiff mailed the present Complaint prior to receiving the Court's November 19, 2014 Order of Dismissal & *Cok* Warning in D. Me. Docket # 1:14-cv-484-GZS. Nonetheless, because this complaint is similarly frivolous, the Court reiterates is prior warning to Plaintiff: the Court will not allow Mr. Hurt to continue filing complaints that are both illegible and frivolous and thereby waste both judicial time and resources within the District of Maine. If the Court receives another frivolous or illegible complaint after Mr. Hurt has received this Order and the Court's prior *Cok* warning, it will declare Mr. Hurt an abusive litigant and impose filing restrictions.

SO ORDERED.

                                           /s/ George Z. Singal
                                           United States District Judge

Dated this 24th day of November, 2014.